**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL BARRAGAN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF CALIFORNIA HIGHWAY PATROL, SEAN DURYEE, J.M. LOFTIN, and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00263-MCS-PVC<br><br>**JUDGMENT** |

Pursuant to this Court's orders, it is ordered, adjudged, and decreed that judgment is entered in favor of Defendants Department of California Highway Patrol, Sean Duryee, J.M. Loftin, and Does 1–100, and against Plaintiff Angel Barragan. The action is dismissed without prejudice, and Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 24, 2024

*Mark C. Scarsi*
_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2